Charles Keller Cooper
FULL NAME

C.M.C. West Facility
COMMITTED NAME (if different)

P.O. Box 8103 San Luis Obispo
FULL ADDRESS INCLUDING NAME OF INSTITUTION

California, 93403

BB9057
PRISON NUMBER (if applicable)

FILED
CLERK U.S. DISTRICT COURT
NOV 15 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Related DDJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Charles Keller Cooper JR.
BB9057
PLAINTIFF,

Los Angeles County Sheriff Department and Sergeant Little and three Unknown Sheriff deputies
DEFENDANT(S).

CASE NUMBER: CV17-08335-FMO(AGR)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

2:17-CV-02639-FMO-AGR Abuse of excesive use of force Los Angeles County Sheriff department has informed Plaintiff that the deffendent Sergeant toms has retierd and no other information will be given to plaintiff. Now the courts has granted plaintiff to Subpoena for the deffendent to produce documents to serve subpoena.

2:17-CV-02463-FMO-AGR
Los Angeles Sheriff department refused to give plaintiff the correct spelling of deffendents name. After plaintiff experienced harrassment from deffendent plaintiff was able to copy down deffendents correct name. Deputy Voldovinos

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

a. Parties to this previous lawsuit:
Plaintiff _Charles Keller Cooper JR._

Defendants _Deputy Voldovinos, Sergeant toms or thompson and the many unknown deputies_

b. Court _United States District Court Office of the U.S Courthouse, Los Angeles California 90012_

c. Docket or case number _2:17-CV-02639-FMO-AGR   2:17-cv-02463-FMO-AGR_

d. Name of judge to whom case was assigned _Judge Alicia G. Rosenberg_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still pending_

f. Issues raised: _Sheriff department has informed plaintiff that Sergeant Toms has retiered and will not give plaintiff (pro Se) information on sergeant Toms' whereabouts. Sheriff department addmits to knowing a sergeant toms._

g. Approximate date of filing lawsuit: _1-06-16_

h. Approximate date of disposition _pending_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Charles Cooper_ (print plaintiff's name)
who presently resides at _CMC West P.O. Box 8103 San Luis Obispo California 93403_ (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at _Men Central Jail 450 Bauchet Street Los Angeles California and LCMC Hospital L.A._ (institution, city where violation occurred)

on (date or dates) __1-30-15__ , __7-19-15__ , _____
                      (Claim I)        (Claim II)        (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Sergeant Little__ resides or works at
   (full name of first defendant)
   __450 Bauchet Street Los Angeles California 90012__
   (full address of first defendant)
   __Sergeant was in charge of the Unknown Deputies__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __investigated claim then removed the battery on peace officer charge but refused to give plaintiff the unknown deputies' names.__

2. Defendant __Unknown deputy__ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   __This deputy was working at LCMC hospital on this day__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Sat on plaintiff's back of neck while plaintiff was being attacked the unknown transporting deputy__

3. Defendant __Unknown deputy__ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   __This deputy was working at L.C.M.C. hospital on this day__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Sat on plaintiff's lower back while plaintiff was being attacked the unknown transporting deputy__

CIVIL RIGHTS COMPLAINT
CV-66 (7-97)

4. Defendant **Unknown transporting deputy** (full name of first defendant) resides or works at **750 E Avenue Q Palmdale, California 93550** (full address of first defendant)
**deputy that transported and arrested plaintiff** (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): [X] individual  [X] official capacity.

Explain how this defendant was acting under color of law:
threaten plaintiff constantly then used blunt force trauma to plaintiffs Legs while plaintiff was in hand-cuffs and held down

5. Defendant **Los Angeles County Sheriff Department and Deputy Ruis and Deputy Macbach** (full name of first defendant) resides or works at
_____ (full address of first defendant)
**staff of twin towers and suicide floor 7th H.O.H.** (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): [X] individual  [X] official capacity.

Explain how this defendant was acting under color of law:
plaintiff continued to inform Los Angeles County Sheriff department of the constant threats via sh-J-420 Grievance, informally or verbally. At the end of plaintiffs abuse a sergeant Knoweles is the only employee to help and this help only came in the middle of abusive situation from a deputy Ruis. Deputy Ruis gave plaintiff a towel while plaintiff was in suicide watch then told plaintiff to kill himself then Deputy Ruis watched plaintiff jump on his head without informing any supervisor or helping the situation.

Claim 1

While housed in Suicide watch in twin towers Deputy Ruis came to my cell door bad mouthing me with statements Like, "I'm going to put you in a dorm full of your enimies. And making me think that some unknown deputies will get other inmates to hurt me. Deputy Ruiz even opened up my cell food slot throw a towel, that we are not allowed to have, and told me to Kill myself. I then attemped to choke myself with that towel hoping a sergeant will come. I made three suicide attempts before deputy Ruis ever called for his supervisior. Sergeant Knoweles then came and I could hear Deputy Ruiz deny any involvements so I continued the suicide attemps untill Sergeant Knowles really started to hear me and help me. This Sergeant Knoweles moved me to a Floor within twin towers, then promised to document all events and to Keep me safe. I quickly stoped all suicide atempts.

1  I was being transported from palmdale sheriff station to 450
2  Bauchet Street Los Angeles California 90012. Transporting deputy
3  constantly told me how he should "pull over and fuck
4  me up." Transporting also stated that he has many other
5  ways to get me beat up. As transporting deputy and
6  I entered R and R of mens central Jail, I
7  informed the first sergeant that transporting deputy refused to
8  take me to the hospital after a car accident,
9  and that I have been threaten by transporting
10 deputy. That sergeant instructed the transporting deputy to
11 take me to L.C.M.C hospital. Before Leaving the
12 Jail I asked that sergeant if I cant have a
13 different deputy because of the threats. I was
14 ignored then I began to scream my Life is in
15 danger. That sergeant only told me that he give me
16 his word that everything will be alright. More threats
17 continued as transporting deputy and I Left the
18 Jail downtown Los Angeles. Upon entering L.C.M.C
19 hospital I began to scream "Transporting deputy" has
20 threaten me until sergeant Little came to inform me
21 that a new transporting deputy will be taking me
22 back to Jail. As I got the parking Lot I slowed
23 the wheelchair by putting my feet on ground but the
24 hospital deputy staff pushed the wheelchair harder
25 causing the wheelchair to ride over the my feet Heel
26 of my feet. I stood up to relieve the pain
27 in my Legs and the hospital Deputy Staff slam
28 me to my stomach and sat on my neck and

1. Lower back. Then the transporting deputy started
2. to hit my legs with some kind of hard
3. object. I was on my stomach with two
4. deputies holding me down while I had on
5. hand-cuffs when transporting deputy jumped out of
6. his car and came running and screaming
7. for me to stop hitting him.
8. The very next day in mens central Jails
9. R and R I was told to walk and went
10. I couldnt I was grab and thrown
11. to the floor and tazed. Then a deputy
12. put a foot to the back of my neck
13. while pulling my hair all the way out.
14. No one believed that I was injured
15. from L.C.M.C. hospital parking lot.

D. CLAIMS*

CLAIM I

The following civil right has been violated:
1)Federal Civil Right; 2). 8TH Amendment of the U.S. Consitution amounting in cruel and unusual punishisMent; 3). Conspired with each other (deffendents) to constantly Violate plaintiff federal civil Right while acting under color of authority (while in uniform and on Active duty).

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff have attached separate numbered paragraphs describing two separate times of abuse done to plaintiff.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1.) Monetery Relief of Physical therapy $9.00⁰⁰ nine hundred monthly; mental therapy $900⁰⁰ nine hundred a month and in-home care at nine hundred a month, or to be detremined.
2.) Court cost and attorney fees to be awarded to plaintiff by the courts.
3.) Injunctive Relief.
4.) civil Jury trial

All offending employees should not be in positions to hurt people, give these employees more supervision.

Monetery Relief to be determined

_____  *Charles Kelley Cooper*
(Date)               (Signature of Plaintiff)

Clerk In Case we need Copies

## REQUEST FOR PROCESSING OF LEGAL DOCUMENTS

NAME: Charles Cooper     CDCR #: BB9057     CELL/DORM #: F-20-34 Low

TYPE OF LEGAL DOCUMENT: _____

COURT TO BE SUBMITTED TO: _____

TOTAL NUMBER OF PAGES IN THE ORIGINAL: _____   HOW MANY COPIES OF EACH PAGE?: _____

COPY AS SUBMITTED ☐                DOUBLE SIDED TO SINGLE SIDED ☐

### THIS SPACE FOR DEPARTMENT USE ONLY

NUMBER OF ORIGINALS: _____
NUMBER OF COPIES: _____
TOTAL: _____   x   $0.50   =   _____
                                TOTAL COST

**Do Not Detach**



Case 2:17-cv-08335-FMO-AGR Document 1 Filed 11/15/17 Page 12 of 12 Page ID #:12