UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER, JR., <br> Plaintiff, <br> v. <br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., <br> Defendants. | NO. CV 17-8335-FMO (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motions to dismiss the complaint (Dkt. Nos. 12, 31) are GRANTED IN PART as follows:

(1) Defendants' motion to dismiss (Dkt. No. 12) based on failure to exhaust remedies is denied without prejudice;

(2) Defendants' motions to dismiss the *Monell* claims in Claims One and Two is granted with leave to amend;

(3) Defendant Marbach's motion to dismiss the complaint (Dkt. No. 31) is granted with leave to amend; and

(4) Plaintiff is granted leave to file a First Amended Complaint within 30 days after the district court's order. In addition to curing the deficiencies identified in this Report and Recommendation, Plaintiff may correct dates and the name of any defendant.

DATED: September 17, 2018

/s/
FERNANDO M. OLGUIN
United States District Judge